THE BRANCH OF THE STATE BANK OF IOWA v. WHITE, *et al.*

*Appeal from Jasper District Court.*

MONDAY, JUNE 24.

WRIGHT, J.—Under § 3174, of the Revision of 1860, when the party asks an attachment upon the ground that defendant is "about to dispose of, or remove his property out of the State, without leaving sufficient remaining for the payment of his debts," it is not necessary to aver an *intention to defraud creditors.* It was the intention of the legislature to make the causes as there stated, in numerical order, distinct and independant of any other cause.

Affirmed.

*Finch & Ingresoll*, for the appellant.

*S. G. Smith*, for the appellees.